IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERRILL LYNCH,

    Plaintiff,

v.

KIM NORDMO,

    Defendant.

_____/

No. C 12-03905 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: October 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE